# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON ALLEN,<br><br>          Plaintiff,<br><br>     v.<br><br>MIELLE ORGANICS, LLC,<br><br>          Defendant. | Case No. 8:25-cv-00342-FWS-KES<br><br>**ORDER RE PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(I) [18]** |

///

///

///

Having reviewed and considered Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i) [18] ("Notice"), filed by Plaintiff Sharon Allen, the files and records of the case, the applicable law, and for the good cause demonstrated in the Notice, the court **ORDERS** the following:

1. The Complaint [1] in the above-captioned case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **DISMISSED WITHOUT PREJUDICE** as to the putative class claims.

2. The hearing set for July 24, 2025, (Dkt. 12), is **VACATED** and off calendar.

**IT IS SO ORDERED**.

Dated: June 18, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2